IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 16–13–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SHELLY DAWN PYEATT, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on June 14, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Shelly Dawn Pyeatt's guilty plea after Pyeatt appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of misappropriation of not

1

more than $1,000 in Postal Fund in violation of 18 U.S.C. § 1711, as set forth in the Superseding Information. In exchange for Defendant's plea, the United States has agreed to dismiss the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 22), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Shelly Dawn Pyeatt's motion to change plea (Doc. 13) is GRANTED and Shelly Dawn Pyeatt is adjudged guilty as charged in the Superseding Information.

DATED this 1st day of July, 2016.

Dana L. Christensen, Chief District Judge
United States District Court